UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID RAY,

    Plaintiff,

  v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

Case No. 16-cv-00757-RS

**CASE MANAGEMENT SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on June 16, 2016. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1.    ALTERNATIVE DISPUTE RESOLUTION.

MEDIATION:  The parties are hereby referred to the court's ADR department for the purpose of engaging in mediation to take place, ideally, within the next 90 days.

    2.    DISCOVERY.

To the extent discovery is warranted, all such discovery must be completed on or before January 27, 2017.

    3.    DISCOVERY DISPUTES.

Discovery disputes, including those over the availability or scope of discovery, will be referred to a Magistrate Judge.  After the parties have met and conferred, the parties shall prepare a joint letter of not more than 5 pages explaining the dispute.  Up to 12 pages of attachments may be added.  The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The

1  Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a
2  hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed
3  pursuant to that Judge's procedures.

4.  TRIAL DATE.

A bench trial shall commence on **April 13, 2017, at 1:30 p.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: June 16, 2016

_____
RICHARD SEEBORG
United States District Judge