1
2
3
4
5
6
7

8                     **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11  David Ray,                          )   Case No. 3:16-cv-00757-RS
                                         )
12           Plaintiff,                  )   **ORDER GRANTING**
                                         )   **STIPULATION FOR DISMISSAL**
13       vs.                             )   **OF ENTIRE ACTION WITH**
                                         )   **PREJUDICE**
14  Prudential Insurance Company of      )
    America,                             )
15                                       )
             Defendant.                  )
16  _____ )

17

18       Based upon the stipulation of the parties and for good cause shown, IT IS

19  HEREBY ORDERED that this action, Case No. 3:16-cv-00757-RS, is dismissed in

20  its entirety as to all defendants, with prejudice.

21       IT IS HEREBY FURTHER ORDERED that each party shall bear her or its

22  own attorneys' fees and costs in this matter.

23

24  Dated:  12/19            , 2016    _____

25                                     HON. RICHARD SEEBORG
                                       United States District Court Judge
26

27

28

                                    1                        Case No.  3:16-cv-00757-RS

153853.1